*UNITED STATES DISTRICT COURT*
**MIDDLE DISTRICT OF FLORIDA**
**Fort Myers Division**

**File Number:** 2:11-cv-00149-FTM-38DNF

| | |
|---|---|
| RICHARD MILBAUER, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>UNITED STATES OF AMERICA, )<br>    Defendant. ) | Notice of Appeal |

Notice is hereby given that Richard Milbauer, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 11th Circuit from an order dismissing without prejudice for lack of subject matter jurisdiction entered in this action on the 22nd day of July, 2013.

/s/ _____

Richard Milbauer, pro se
833 Cape Coral Pkwy. W. #6
Cape Coral, Fl  33914
239-321-9604

FILED 2013 SEP 18 PM 12:47 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA